ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 9 2013

James N. Hatten, Clerk
By: Deputy Clerk

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 3:13CR009 |
| ALAN WESLEY HOUSE | : | |

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about May 26, 2013, in the Northern District of Georgia, the defendant, ALAN WESLEY HOUSE, did knowingly and with the intent to deceive and defraud another, pretend to be an officer and employee acting under the authority of the United States, and defendant acted as such, in that defendant, during a traffic stop by the Fayette County Sheriff's Office, did state to the Fayette County Sheriff's Deputy conducting the traffic stop that defendant was then a canine officer for United States Customs and Border Protection and did display to the Fayette County Sheriff's Deputy a badge and identification cards for United States Customs and Border Protection, which statements defendant knew were not true, and defendant made such statements with the intent of deceiving and defrauding the Fayette County Sheriff's Deputy that defendant was then a federal officer, in order to persuade the Fayette County

Sheriff's Deputy to refrain from issuing defendant a traffic citation, all in violation of Title 18, United States Code, Section 912.

### COUNT TWO

On or about May 26, 2013, in the Northern District of Georgia, the defendant, ALAN WESLEY HOUSE, did knowingly engage in misleading conduct toward another with the intent to prevent the communication to a law enforcement officer of information relating to defendant's commission and possible commission of a violation of conditions of probation, to wit: defendant falsely stated to a Fayette County Sheriff's Deputy that defendant was then a canine officer for United States Customs and Border Protection and did display to the Fayette County Sheriff's Deputy a badge and identification cards for United States Customs and Border Protection, well-knowing that defendant was not authorized to be in possession of such badge and identification cards and was not authorized to represent himself as an officer for United States Customs and Border Protection; further, defendant made said statements and displayed the badge and identification cards with the intent to prevent the communication to defendant's supervising United States Probation Officer of information relating to defendant's commission and possible commission of a violation of conditions of probation, that is, defendant's violation and

possible violation of the laws of the State of Georgia regarding vehicle registration, all in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT THREE

On or about May 26, 2013, in the Northern District of Georgia, the defendant, ALAN WESLEY HOUSE, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition, that is, twenty-one rounds of .40 caliber Federal brand ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

Upon conviction of the possession of ammunition offense alleged in Count Three, the defendant, ALAN WESLEY HOUSE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), all ammunition involved in the commission of this offense, including, but not limited to, the twenty-one rounds of .40 caliber Federal brand ammunition.

If as a result of any act or omission of the defendant, any property subject to forfeiture:

(a)  Cannot be located upon the exercise of due diligence;

(b)  Has been transferred or sold to, or deposited with, a third person;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been co-mingled with other property which cannot be subdivided without undue complexity or difficulty; the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A _____ True _____ BILL

_____ [signature] _____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

[signature]
MARY L. WEBB
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Phone: 404/581-4653
Fax: 404/581-6181
Georgia Bar No. 940420